IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Brent J. Davidson**,    Case No: 2:22-cv-4376

    Plaintiff,    Judge Graham

v.

**Janet Nguyen-Sperry**, *et al.*,

    Defendants.

## OPINION AND ORDER

In light of the Supreme Court's decision in *Mallory v. Norfolk Southern R. Co.*, 600 U.S. __ (2023), the parties are instructed to file briefs concerning the decision's impact on Defendant's pending Motion to Dismiss (ECF No. 8) by August 10, 2023.

    **IT IS SO ORDERED.**

    *s/ James L. Graham*
    JAMES L. GRAHAM
DATE: July 26, 2023    United States District Judge