**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **BRENT J. DAVIDSON,** | : | Case No.: 2:22-cv-04376-JLG-KAJ |
| | : | |
| Plaintiff, | : | **JUDGE JAMES L. GRAHAM** |
| | : | |
| v. | : | |
| | : | |
| **JANET NGUYEN-SPERRY, et al.,** | : | |
| | : | |
| Defendants. | : | |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff Brent J. Davidson and Defendants Janet Nguyen-Sperry, Dakota Matting & Environmental Solutions, LLC, and Stephen Sperry (collectively the "Parties") hereby stipulate to the dismissal of this case with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  Remaining costs, if any, should be assessed to Plaintiff.

Respectfully submitted,

**CARLILE PATCHEN & MURPHY LLP**

/s/ *Michael J. King*
Michael J. King (0072597)
Matthew S. Brown (0077687)
950 Goodale Blvd., Suite 200
Columbus, Ohio 43215
Email: mking@cpmlaw.com
Email: mbrown@cpmlaw.com
Tele: (614) 228-6135
Fax: (614) 221-0216
*Counsel for Plaintiff Brent J. Davidson*

-and-

**FISHER & PHILLIPS LLP**

/s/ *Steven M. Loewengart*

1

Steven M. Loewengart (0039086)
    Trial Counsel
Teresa J. Hardymon (0096721)
250 West Street, Suite 400
Columbus, Ohio 43215
(614) 221-1425
(614) 221-1409 Fax
sloewengart@fisherphillips.com
thardymon@fisherphillips.com

**MARCUS NEIMAN & RASHBAUM LLP**

Jeffrey A. Neiman (FL Bar No. 544469)
Derick Vollrath (FL Bar No. 126740)
100 SE 3rd Avenue
Suite 805
Fort Lauderdale, FL 33494
954-462-1200
954-688-2492 (fax)
jneiman@mnrlawfirm.com
dvollrath@mnrlawfirm.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of December 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notice of such filing to all attorneys of record.

/s/ *Michael J. King*
Michael J. King (0072597)
*Counsel for Plaintiff*